UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RODERICK COLEMAN,                   No. C 09-4641 MHP (pr)

        Plaintiff,                          **JUDGMENT**

    v.

LT. CASEY,

        Defendant.
                                 /

      This action is dismissed without prejudice because plaintiff did not exhaust administrative remedies before filing his complaint.

      IT IS SO ORDERED AND ADJUDGED.

Dated: July 28, 2010

                                       _____
                                       Marilyn Hall Patel
                                       United States District Judge